HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CERVANDO ALVAREZ,<br><br>Defendant. | No. 1:05-cr-00112-AWI-1<br><br>**REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER**<br><br>Judge: Honorable ANTHONY W. ISHII |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's February 26, 2015 order be extended to **April 27, 2015**. The undersigned is awaiting response from Mr. Alvarez.

Dated: March 30, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

**ORDER**

Pursuant to the request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of February 26, 2015, may be filed on or before April 27, 2015.

IT IS SO ORDERED.

Dated: March 30, 2015

_____
SENIOR DISTRICT JUDGE