1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              No. Cr. 1:05-cr-00112-AWI-1

12              Plaintiff,                  **UNOPPOSED REQUEST TO EXTEND
                                            DEADLINE FOR FILING RESPONSE;**
13        v.                                **ORDER**

14  CERVANDO ALVAREZ,

15              Defendant.                  Judge:  Honorable ANTHONY W. ISHII

16        Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter,

17  hereby requests that the deadline for filing a response to the Court's March 30, 2015 order be

18  extended to **May 29, 2015.**  The undersigned is investigating Mr. Alavarez' case.  Counsel for the

19  government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no

20  objection.

21  Dated:  May 1, 2015

22                                          Respectfully submitted,

23                                          HEATHER E. WILLIAMS
                                            Federal Defender
24

25                                          /s/ David M. Porter
                                            DAVID M. PORTER
26                                          Assistant Federal Defender

27

28

1

2

**ORDER**

3

      Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered

4

that the response to the Court's order of March 23, 2015, may be filed on or before May 29, 2015.

5

6

IT IS SO ORDERED.

7

Dated:  _May 1, 2015_                                   

SENIOR  DISTRICT  JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2