**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 1:05-cr-0112-AWI-1 |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED REQUEST FOR STAY** |
| v. | |
| **CERVANDO ALVAREZ**, | (Doc. #130) |
| Defendant. | |

Defendant Cervando Alvarez ("Defendant") seeks reduction his of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 782 to the Sentencing Guidelines which revises the Drug Quantity Table in USSG § 2D1.1 and reduces by two levels the offense level applicable to many drug trafficking offenses. Upon initial sentencing, the sentencing court downwardly varied from the guideline range based on the nature and circumstances of the offense, to promote respect for the law, and to avoid sentencing disparities. Defendant now seeks the benefit of Amendment 782 on top of the variance initially provided by the sentencing court, i.e. Defendant would have the Court consider the variance to be part of the sentencing court's guideline range calculation. This issue is on all fours with *United States v. Shino*, No. 03-cr-5453-LJO, Doc. 474, *appeal filed* No. 15-10208, where the district court denied a prisoner's largely identical request. That case is now on appeal before the Ninth Circuit. *Id*. The Ninth Circuit's resolution of that case will likely be completely determinative to the outcome of this matter.

1

The Court has an inherent power to stay proceedings in pursuit of the orderly resolution of every case. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). A stay is an exercise of judicial discretion in light of the "circumstances of the particular case." *Nken v. Holder*, 556 U.S. 418, 433 (2009) (citation omitted). In the interest of judicial economy and at the unopposed request of the Defendant, this Court will grant Defendant's request for stay pending the Ninth Circuit's decision in *Shino*.

Defendant is ordered to file a status report with this Court within fourteen days of the Ninth Circuit's decision in *Shino*.

IT IS SO ORDERED.

Dated: June 26, 2015

_____
SENIOR DISTRICT JUDGE